

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00601-CR

ROBERTO MORALES-AGUIRRE, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from County Criminal Court at Law No. 11 of Harris County.
(Tr. Ct. No. 1660822).

**TO THE COUNTY CRIMINAL COURT AT LAW NO. 11 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 20th day of October 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

After due consideration, the Court **grants** the motion to dismiss the appeal filed by the appellant, Robert Morales-Aguirre. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 20, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

December 22, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

